IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                          CASE NO. 06-50038-001

MICHAEL NOBLIN                                                          DEFENDANT

**O R D E R**

The United States Marshal's Service has advised the Court that the Bureau of Prisons has not yet designated an institution for defendant to surrender for service of his sentence. Counsel for the Government and the defendant have advised that they have no objection to an extension of defendant's report date. Accordingly, defendant's report date is hereby extended to March 16, 2007.

IT IS SO ORDERED this 28th day of February, 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE